# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CLARA MAE RUTLEDGE, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>ETHICON, INC., et al.,<br><br>        Defendants. | Case No.: 2:20-cv-00787 AWI JLT<br><br>ORDER GRANTING STIPULATION TO EXTEND THE DEADLINE TO FILE DISMISSAL DOCUMENTS<br><br>(Doc. 58) |

    The parties seek an additional 90 days to complete the settlement. (Doc. 58) Due to the complexity of the action, the stipulation is **GRANTED**. The stipulation to dismiss the action **SHALL** be filed **no later than July 29, 2021**.

IT IS SO ORDERED.

    Dated:   **May 3, 2021**                      **/s/ Jennifer L. Thurston**
                                                        CHIEF UNITED STATES MAGISTRATE JUDGE